(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSTANTINOS PLIATSIKAS, Relator, v. JOHN F. MCNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES H. WILLIAMS, Relator, v. WARDEN OF RAYMOND STREET JAIL, Respondent. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. [In each action] Application for a writ of habeas corpus denied, on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act.

S. W. S. ASSOCIATES, INC., Respondent, v. WILLIAM KRAUSS et al., Appellants.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

CHANBETS HOLDING CORPORATION, Respondent, v. ZOLLER BUILDING CORP. et al., Appellants, and BERNARD WEISINGER, Impleaded-Defendant-Respondent.— The record presents issues of fact which should be resolved after a plenary trial. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

JEANNE DI PAOLO et al., Appellants, v. CARYL BODO et al., Respondents.— No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.